UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

UNITED STATES OF AMERICA

- v -

SAMUEL ISRAEL, III,

Defendant.

-------------------------------------------------------

**ORIGINAL**

INFORMATION

08 Cr.

**08 CRIM. 0723**

### COUNT ONE

The United States Attorney charges:

From on or about June 9, 2008 through on or about July 2, 2008, in the Southern District of New York and elsewhere, SAMUEL ISRAEL, III, the defendant, having been released pursuant to Title 18, United States Code, Section 3143, unlawfully, wilfully and knowingly failed to surrender for service of sentence pursuant to a court order, to wit, on or about June 9, 2008, SAMUEL ISRAEL, III failed to surrender to serve his sentence.

(Title 18, United States Code, Section 3146(a)(2).)

_Michael J. Garcia_

MICHAEL J. GARCIA
United States Attorney