# Adams & Commissiong LLP

Attorneys at Law

| | |
|---|---|
| 65 BROADWAY SUITE 715 | MARTIN E. ADAMS |
| NEW YORK, NY 10006 | KARLOFF C. COMMISSIONG |
| TEL: 212-430-6590 | ADMITTED TO PRACTICE IN NEW YORK |
| FAX: 212-981-3305 | WWW.AMCMLAW.COM |

May 18, 2019

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Samuel Israel, III</u>, 08 Cr. 723 - Permission to file motion for reduction in sentence under seal

Dear Judge Karas:

I have been retained to represent Mr. Samuel Israel, III in connection with filing a motion for reduction in sentence. The motion, as well as the exhibits, contain information regarding his various medical diagnoses and treatments that should not be divulged to the public. I request the Court's permission to file the motion under seal. A copy of all original documents will be forwarded to the Court.

Respectfully Requested,

Karloff C. Commissiong, Esq.

cc: A.U.S.A. Sarah Krissoff (Via Electronic Mail)